# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ELLEN UMANSKY, | : |
|  | : CIVIL ACTION: |
| Plaintiff, | : |
| v. | : No. 2:17-cv-4712 |
|  | : |
| MELTON INTERNATIONAL TACKLE; TRACY M. MELTON; DISCOVER FINANCIAL SERVICES, INC.; DISCOVER BANK; AND DISCOVER FINANCIAL SERVICES, LLC, | : |
|  | : |
| Defendants. | : |

## ORDER

AND NOW, this _____ day of _____, 2017, upon consideration of the Motion of defendants Discover Bank and Discover Products, Inc., incorrectly identified in the Complaint as Discover Financial Services, Inc. and/or Discover Financial Services, LLC (collectively, "Discover"), to Dismiss the Complaint and Plaintiff's response thereto, if any, it is hereby ORDERED that said Motion is GRANTED, and that the Complaint is DISMISSED WITH PREJUDICE as to all claims asserted against Discover.

BY THE COURT:

_____
JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE