# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLEN UMANSKY | : |
| | : |
| v. | : CIVIL ACTION NO.: 2:17-cv-04712 |
| | : |
| MELTON INTERNATIONAL TACKLE, et al. | : |

## PLAINTIFF'S REQUEST FOR DEFAULT

TO THE PROTHONOTARY:

Kindly enter default against non-responsive Defendant, Melton International Tackle, Inc. for failure to file a responsive pleading to Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 55.

**WEISBERG LAW**

*/s/ Matthew B. Weisberg*
Matthew B. Weisberg, Esquire
L. Anthony DiJiacomo, III, Esquire
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN UMANSKY | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: 2:17-cv-04712 |
| | : | |
| MELTON INTERNATIONAL TACKLE, et al. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 5th day of June, 2018, a true and correct copy of the foregoing Plaintiff's Praecipe for Default was served via e-filing on all counsel of record and via regular mail upon all unrepresented parties as follows:

Marissa Edwards, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
*Counsel for Discover Defendants*

Melton International Tackle
1375 S. State College Blvd.
Anaheim, CA 92806
*Unrepresented*

                                            **WEISBERG LAW**

                                            */s/ Matthew B. Weisberg*
                                            Matthew B. Weisberg, Esquire
                                            L. Anthony DiJiacomo, III, Esquire
                                            *Attorneys for Plaintiff*