# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELLEN UMANSKY | : | |
| | : | |
| v. | : | CIVIL ACTION NO.: 2:17-cv-04712 |
| | : | |
| MELTON INTERNATIONAL TACKLE, et al. | : | |
| | : | |

## AFFIDAVIT OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on September 21, 2018, a true and correct a copy of this Honorable Court's Order, dated September 11, 2018, scheduling an Evidentiary Hearing for September 26, 2018, was served via Federal Express overnight mail upon the following party:

> Melton International Tackle
> 1375 S. State College Blvd.
> Anaheim, CA 92806

**WEISBERG LAW**

// Matthew B. Weisberg
Matthew B. Weisberg, Esquire
*Attorney for Plaintiff*