

September 24, 2018

Dear Customer:

The following is the proof-of-delivery for tracking number **773282864172**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered to:** | Shipping/Receiving |
| **Signed for by:** | M.WYATT | **Delivery location:** | 1375 S STATE COLLEGE BLVD<br>ANAHEIM, CA 92806 |
| **Service type:** | FedEx Standard Overnight | **Delivery date:** | Sep 21, 2018 13:43 |
| **Special Handling:** | Deliver Weekday | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 773282864172 | **Ship date:** | Sep 20, 2018 |
| | | **Weight:** | 0.5 lbs/0.2 kg |

**Recipient:**
Melton International Tackle
1375 S. State College Blvd.
ANAHEIM, CA 92806 US

**Shipper:**
Heather C. McFeeley
Matthew Weisberg
7 S. Morton Avenue
Morton, PA 19070 US

Thank you for choosing FedEx.