IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLEN UMANSKY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MELTON INTERNATIONAL TACKLE, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 17-4712 |

# **ORDER**

**AND NOW**, this 27th day of September 2018, upon consideration of Plaintiffs' Motion to Schedule an Evidentiary Hearing to Assess Damages and then Judgment (Doc. No. 27) and the Evidentiary Hearing held in open court on September 26, 2018, at which Plaintiff Ellen Umansky was present and Defendant Melton International Tackle, Inc. failed to appear, it is hereby **ORDERED** as follows:

1. Plaintiffs' Motion to Schedule an Evidentiary Hearing to Assess Damages and then Judgment (Doc. No. 27), which incorporates a request for entry of judgment by default, is **GRANTED**.

2. Judgment is entered in favor of Plaintiff Ellen Umansky and against Defendant Melton International Tackle, Inc. on Count I (Breach of Contract/Breach of Implied Duty of Good Faith and Fair Dealing), Count II (Unjust Enrichment), Count III (Fraud/Fraudulent Misrepresentation), and Count IV (Violations of Pennsylvania Unfair Trade Practices & Consumer Protection Law).

3. On Counts I, II, and III, compensatory damages are awarded in favor of Plaintiff Ellen Umansky and against Defendant Melton International Tackle, Inc. in the amount of $14,929.

4. On Count IV, treble damages in the amount of $44,787 are awarded in favor of Plaintiff Ellen Umansky and against Defendant Melton International Tackle, Inc. for violation of the Pennsylvania Unfair Trade Practices & Consumer Protection Law, plus $400 in costs.

5. The award on Counts I, II, and III is included in the amount of treble damages awarded on Count IV.

6. The total amount awarded on Counts I to IV in favor of Plaintiff Ellen Umansky and against Defendant Melton International Tackle, Inc. is $45,187.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.