IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLEN UMANSKY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MELTON INTERNATIONAL TACKLE, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION<br>NO. 17-4712 |

# **ORDER**

**AND NOW**, this 22nd day of October 2019, upon consideration of Defendant's Motion for an Order Vacating [a] Default Judgment Pursuant to Fed. R. Civ. P. 60(b) (Doc. No. 33), Defendant's Motion to Quash [a] Writ of Execution (Doc. No. 34), Plaintiff's Memorandum of Law in Support of [her] Response in Opposition to Defendant's Motions to Vacate Judgment and Quash Writ of Execution (Doc. No. 37), the arguments made by counsel for the parties at the hearing held on May 7, 2019 (see Doc. Nos. 40, 44), Plaintiff's Post-Hearing Supplemental Brief (Doc. No. 47), Defendant's Supplemental Brief in Support of [its] Motion for an Order Vacating Default Judgment Pursuant to Fed. R. Civ. P. 60(b) (Doc. No. 48), and in accordance with the Opinion of the Court issued this day, it is hereby **ORDERED** as follows:

1. Defendant's Motion for an Order Vacating [a] Default Judgment Pursuant to Fed. R. Civ. P. 60(b) (Doc. No. 33) is **DENIED**.

2. Defendant's Motion to Quash [a] Writ of Execution (Doc. No. 34) is **DENIED**.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.